AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| | | |
|---|---|---|
| DANIELLE HARKINS<br><br>*Plaintiff(s)*<br>v.<br>HILLSTONE RESTAURANT GROUP, INC.<br><br>*Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) | Civil Action No. 24-CV-23800 MORENO |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  HILLSTONE RESTAURANT GROUP, INC.
c/o CT Corporation System, its Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Angela E. Noble
Clerk of Court

Date:  10/02/2024

**SUMMONS**

*s/ Patricia Curtis*
Deputy Clerk
U.S. District Courts