## RETURN OF SERVICE

UNITED STATES DISTRICT COURT
District of Florida

Case Number: 24-CV-23800
MORENO

Plaintiff:
**DANIELLE HARKINS**

vs.

Defendant:
**HILLSTONE RESTAURANT GROUP, INC.**

For:
Daniel Barroukh
Derek Smith Law Group

Received by Chris Yeoman on the 2nd day of October, 2024 at 5:37 pm to be served on **Hillstone Restaurant Group, Inc. c/o R/A: CT Corporation System, 1200 S. Pine Island Road, Plantation, FL 33324**.

I, Chris Yeoman, do hereby affirm that on the **3rd day of October, 2024 at 2:00 pm, I:**

**CORPORATE SERVICE, served** the within named entity by delivering a true copy of the **Summons in a Civil Action, Complaint And Demand For Jury Trial, Civil Cover Sheet** at the address of **1200 S. Pine Island Road, Plantation, FL 33324** with the date and hour endorsed thereon by me to, **LISA HOWARD, INTAKE SPECIALIST** as an employee of the Registered Agent listed with the Florida Division of Corporation, pursuant to F.S. 48.091 (4).

**Description** of Person Served: Age: 52, Sex: F, Race/Skin Color: Caucasian, Height: 5'8", Weight: 150, Hair: Black, Glasses: N

I certify that I am over the age of 18, have no interest in the above action, and am a Special Process Server in good standing in the county or judicial circuit in which the process was affected in accordance with State Statutes. Under penalties of perjury, I declare that I have read the forgoing Affidavit/Verified Return of service and the facts stated in it are true and correct. Pursuant to F.S. 92.525(2).

Chris Yeoman
SPS #262

**DLE PROCESS SERVERS, INC.**
**1750 Coral Way**
**Suite 300**
**Miami, FL 33145**
**(786) 220-9705**

Our Job Serial Number: DLE-2024063274

Copyright © 1992-2024 DreamBuilt Software, Inc - Process Server's Toolbox V9.0a

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

10/3/24 dpm.
Lisa H.
04262.

| DANIELLE HARKINS | ) |
| --- | --- |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 24-CV-23800 MORENO |
| HILLSTONE RESTAURANT GROUP, INC. | ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* HILLSTONE RESTAURANT GROUP, INC.
c/o CT Corporation System, its Registered Agent
1200 S. Pine Island Road
Plantation, FL 33324

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Derek Smith Law Group, PLLC
c/o Daniel Jordan Barroukh, Esq.
520 Brickell Key Drive, Suite O-301
Miami, Florida 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

**SUMMONS**

Date:  10/02/2024

Angela E. Noble
Clerk of Court

s/ Patricia Curtis
Deputy Clerk
U.S. District Courts