UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-23800-CIV-FAM

DANIELLE HARKINS,

    Plaintiff,

v.

HILLSTONE RESTAURANT GROUP, INC.,

    Defendant.

_____/

## ORDER GRANTING DEFENDANT'S MOTION TO COMPEL ARBITRATION AND MOTION TO DISMISS COUNTS II, V, AND VII OF PLAINTIFF'S COMPLAINT

THIS CAUSE having come before the Court on Defendant's Motion to Compel Arbitration and Motion to Dismiss Counts II, V and VII of Plaintiff's Complaint, and being otherwise fully advised in the premises, it is hereby:

ORDERED and ADJUDGED as follows:

Defendant's Motion to Dismiss Counts II, V and VII of Plaintiff's Complaint is GRANTED and Plaintiff's claims are hereby dismissed with prejudice.

Defendant's Motion to Compel is GRANTED and the parties are directed to proceed to arbitration in accordance with the terms of the arbitration agreement.

The Clerk of the Court is directed to close this case.

DONE and ORDERED in Chambers at Miami, , Florida this _____ day of October 2024.

                                                    _____
                                                  FEDERICO A MORENO
                                                  U.S. DISTRICT COURT JUDGE