UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-23800-CIV-FAM

DANIELLE HARKINS,

      Plaintiff,

v.

HILLSTONE RESTAURANT GROUP, INC.,

      Defendant.
_____/

## **STIPULATION FOR SUBSTITUTION OF COUNSEL**

Defendant, HILLSTONE RESTAURANT GROUP, INC., by and through undersigned counsel, hereby stipulates and agrees of the substitution of Elizabeth M. Rodriguez, of FordHarrison LLP as counsel of record for Defendant in place of Ena T. Diaz, who is no longer with the firm of FordHarrison LLP.  Upon the filing of this Stipulation, Ena T. Diaz, shall be relieved of any and all further responsibility in the above-styled case.  All further communication and correspondence should be directed to:

Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison LLP
One S.E. 3rd Avenue, Suite 2130
Miami, FL  33131
Telephone: (305) 808-2143
Facsimile:  (305) 808-2101
E-mail: erodriguez@fordharrison.com
*Attorneys for Defendant*

Respectfully submitted this 30th day of December, 2024.

| | |
|---|---|
| Jackson Lewis P.C. | FordHarrison LLP |
| Two South Biscayne Boulevard | One S.E. 3rd Avenue |
| Suite 3500 | Suite 2130 |
| Miami, Florida 33131 | Miami, Florida 33131 |
| Telephone: (305) 577-7600 | Telephone: (305) 808-2143 |
| Facsimile: (305) 373-4466 | Facsimile: (305) 808-2101 |
| | |
| /s/ Ena T. Diaz | /s/ Elizabeth M. Rodriguez |
| Ena T. Diaz | Elizabeth M. Rodriguez |
| Florida Bar No. 0090999 | Florida Bar No. 821690 |
| Ena.Diaz@jacksonlewis.com | erodriguez@fordharrison.com |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 30, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send a notice of electronic filing to:

Daniel J. Barroukh
Derek Smith Law Group, PLLC
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
Tel. (305) 946-1884
Fax: (305) 503-6741
Email: Danielb@dereksmithlaw.com
***Counsel for Plaintiff***

                                                */s/ Elizabeth M. Rodriguez*
                                                Elizabeth M. Rodriguez