UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-23800-CIV-FAM

DANIELLE HARKINS,

    Plaintiff,

v.

HILLSTONE RESTAURANT GROUP, INC.,

    Defendant.

_____/

**ORDER APPROVING STIPULATION FOR**
**SUBSTITUTION OF COUNSEL**

THIS CAUSE having come before this Court on the Stipulation for Substitution of Counsel, it is thereupon,

**ORDERED AND ADJUDGED** that ELIZABETH M. RODRIGUEZ, with the law firm of FORDHARRISON LLP is hereby substituted as counsel for Defendant, HILLSTONE RESTAURANT GROUP, INC.  It is **FURTHER ORDERED** that by entry of this Order that ENA T. DIAZ, shall be relieved of any and all further responsibility in the above-styled case.

DONE and ORDERED in Chambers in Miami-Dade, Florida, this _____ day of _____ 20__.

_____
FEDERICO A MORENO
UNITED STATES DISTRICT JUDGE

Copies Furnished to:
Counsel of Record