UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-23800-CIV-MORENO

DANIELLE HARKINS,

      Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC,

      Defendant.

_____/

**ORDER APPROVING STIPULATION FOR SUBSTITUTION OF COUNSEL**

THIS CAUSE came before the Court upon the Stipulation for Substitution of Counsel **(D.E. 8)**, filed on **December 30, 2024**.

THE COURT has considered the notice, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that **ELIZABETH M. RODRIGUEZ**, with the law firm of **FORDHARRISO LLP** is hereby substituted as counsel for Defendant, **HILLSTONE RESTAURANT GROUP, INC.** It is further

**ADJUDGED** that by entry of this Order, **ENA T. DIAZ** shall be relieved of any and all further responsibility in the above-styled case.

DONE AND ORDERED in Chambers at Miami, Florida, this 3̲4̲ of January 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
Counsel of Record