UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 24-23800-CIV-FAM

DANIELLE HARKINS,

    Plaintiff,

v.

HILLSTONE RESTAURANT GROUP, INC.,

    Defendant.

_____/

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that, Ena T. Diaz, Esq., counsel for Defendant, has changed firm affiliation. Ms. Diaz is now affiliated with and practicing through the law firm of Jackson Lewis P.C. with the contact information listed below. All future pleadings, correspondence, and other documents regarding this case should be served upon remaining counsel of record. Ms. Diaz should be terminated from receiving further notices on this matter.

Dated: January 9, 2025

    Respectfully submitted,

    */s/ Ena T. Diaz*
    Ena T. Diaz, Esq. (FBN: 0090999)
    Email: *ena.diaz@jacksonlewis.com*
    JACKSON LEWIS P.C.
    One Biscayne Tower, Suite 3500
    Two South Biscayne Boulevard
    Miami, Florida 33131
    Telephone: (305) 577-7604

CASE NO.: 24-23800-CIV-FAM

## CERTIFICATE OF SERVICE

I hereby certify that, on this 9th day of January 2025, I electronically filed the foregoing document with the Clerk of Court using the CM/ECF. I also certify that the foregoing document is being served this day on the counsel of record identified on the below Service List in the manner specified below.

By: *s/Ena T. Diaz*
Ena T. Diaz, Esq.

## SERVICE LIST

Daniel J. Barroukh
Derek Smith Law Group, PLLC
520 Brickell Key Drive
Suite O-301
Miami, FL 33131
Tel. (305) 946-1884
Fax: (305) 503-6741
Email: *Danielb@dereksmithlaw.com*
*Counsel for Plaintiff*

Elizabeth M. Rodriguez
Florida Bar No. 821690
FordHarrison LLP
One S.E. 3rd Avenue, Suite 2130
Miami, FL 33131
Telephone: (305) 808-2143
E-mail: erodriguez@fordharrison.com
*Counsel for Defendant*

Ena T. Diaz, Esq.
Fla Bar No. 0090999
Email: Ena.Diaz@jacksonlewis.com
JACKSON LEWIS P.C.
One Biscayne Tower
Two South Biscayne Boulevard
Suite 3500
Miami, FL 33131
Telephone: (305) 577 7600