**From:** Elizabeth M. Rodriguez
**Sent:** Wednesday, January 29, 2025 5:05 PM
**To:** Daniel Barroukh <danielb@dereksmithlaw.com>
**Cc:** David Rodriguez <David@dereksmithlaw.com>
**Subject:** HARKINS v. HILLSTONE RESTAURANT GROUP, INC. - request to stay discovery

Good afternoon,

As you know, there is a pending motion to compel arbitration.  Please advise if you will agree to stay discovery until that motion is resolved.  If you do not agree, in an effort to confer, please advise if you oppose a motion to stay discovery until the court rules on the motion to compel arbitration.

Regards,

Elizabeth



### Elizabeth M. Rodriguez
*Attorney at Law*

**FORDHARRISON**

1 SE 3rd Avenue, Suite 2130 | Miami, FL 33131
ERodriguez@fordharrison.com | P: 305-808-2143

LTC4 Certified Legal Professional *FHPromise* | Subscribe

---

**From:** David Rodriguez <David@dereksmithlaw.com>
**Sent:** Wednesday, January 15, 2025 4:36 PM
**To:** Elizabeth M. Rodriguez <ERodriguez@fordharrison.com>
**Cc:** Daniel Barroukh <danielb@dereksmithlaw.com>; Martha Purdy <mpurdy@fordharrison.com>; Patricia Del Villar <PDelVillar@fordharrison.com>
**Subject:** SERVICE OF COURT DOCUMENTS - CASE NO. 1:24-cv-23800-FAM - HARKINS v. HILLSTONE RESTAURANT GROUP, INC.

**Caution: Originated Outside FordHarrison.**

**SERVICE OF COURT DOCUMENT(S)**

| | |
|---|---|
| Court: | United States District Court – Southern District of Florida |

EXHIBIT "C"

| Case Number: | 1:24-cv-23800-FAM |
|---|---|
| Initial Party (Plaintiff): | Danielle Harkins |
| Initial Party (Defendant): | Hillstone Restaurant Group, Inc. |
| Titles of Document(s) Served: | 1. Plaintiff's First Set of Interrogatories to Defendant Hillstone Restaurant Group, Inc., and<br>2. Plaintiff's First Request for Production to Defendant Hillstone Restaurant Group, Inc. |
| Sender's Name: | Daniel Jordan Barroukh, Esq. |
| Sender's Telephone Number: | (786) 688-2335 |

**David Rodriguez**
Paralegal - Miami



**Derek Smith Law Group, PLLC**
520 Brickell Key Drive, Suite O-301  |  Miami, Florida 33131
Toll Free: (800) 807-2209  |  Direct: (786) 688-2325
Email: david@dereksmithlaw.com
www.discriminationandsexualharassmentlawyers.com
New York  |  New Jersey  |  Philadelphia  |  Miami  |  Los Angeles  |  San Francisco  |  San Diego  |  Washington D.C.

*The information contained in this transmission is privileged and confidential information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this transmission in error, do not read it. Please immediately reply to the sender that you have received this communication in error and then delete it. Thank you. If you are a client of this firm and this email is directed to you, please do not forward to any other party, or you could be waiving the attorney-client privilege. Settlement Communication Notice: If this communication pertains to a settlement in any case, all settlement agreements are subject to final client approval and signature by all parties. Any cases and business handled in California are handled exclusively through the distinct entity, Derek Smith Law Group, LLP.