UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

Case No.: 24-cv-23800-FAM

DANIELLE HARKINS,

    Plaintiff,

v.

HILLSTONE RESTAURANT GROUP, INC.,

    Defendant.

_____/

**PROPOSED ORDER ON DEFENDANT'S MOTION TO STAY DISCOVERY**

THIS CAUSE having come before the Court upon Defendant, HILLSTONE RESTAURANT GROUP, INC.'s Motion to Stay Discovery pending the Court's ruling on Defendant's Motion to Compel Arbitration, and the Court being fully advised, it is

ORDER AND ADJUDGED that the motion is GRANTED.

DONE AND ORDERED in Chambers in Miami, this ___ day of February, 2025.

                                                _____
                                                FEDERICO A MORENO
                                                U.S. DISTRICT COURT JUDGE

cc:  Counsel of Record