UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-23800-CIV-MORENO

DANIELLE HARKINS,

    Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC,

    Defendant.
_____/

### ORDER DENYING AS MOOT DEFENDANT'S MOTION TO STAY DISCOVERY

THIS CAUSE came before the Court upon Defendant's Motion to Stay Discovery Pending the Court's Ruling on Defendant's Motion to Compel Arbitration **(D.E. 13)**, filed on **February 11, 2025**.

THE COURT has considered the motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is

**ADJUDGED** that the motion is DENIED AS MOOT in view of the Court's Order Granting in Part Defendant's Motion to Dismiss and Motion to Compel Arbitration **(D.E. 14)**.

DONE AND ORDERED in Chambers at Miami, Florida, this ___20___ of February 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record