UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 24-23800-CIV-MORENO

DANIELLE HARKINS,

    Plaintiff,

vs.

HILLSTONE RESTAURANT GROUP, INC,

    Defendant.

_____/

## FINAL DISMISSAL

THIS MATTER is before the Court upon a *sua sponte* review of the record.

On February 18, 2025, the Court dismissed without prejudice Counts II and V of Plaintiff's Complaint, declined to exercise supplemental jurisdiction over Count VIII, and compelled arbitration as to the remaining Counts **(D.E. 14)**. In that Order, the Court indicated that if Plaintiff failed to file an amended complaint as to Counts II, V, and VIII, the Court would dismiss the action. Plaintiff has not filed an amended complaint as of this date. Accordingly, it is

**ADJUDGED** that this action is DISMISSED without prejudice. It is also

**ADJUDGED** that all pending motions are DENIED AS MOOT with leave to refile if appropriate.

DONE AND ORDERED in Chambers at Miami, Florida, this ___5___ of March, 2025.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record